# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### CHARLESTON DIVISION

|  |  |
|---|---|
| LATOYA LASHAY FLUDD and WANDA SUE BUTCHER, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>SOUTH STATE BANK, and DOES 1-100,<br><br>   Defendants. | Civil Action No. 2:20-cv-1959-BHH |

[Request for Oral Argument]

**PLAINTIFFS' UNOPPOSED MOTION FOR**
**<u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs Latoya Lashay Fludd and Wanda Sue Butcher ("Plaintiffs"), by and through undersigned counsel, hereby move this Court to enter an order approving the proposed class action settlement in this matter. The moving party hereby certifies that Plaintiffs' counsel has in good faith met and conferred with Defendant's counsel regarding the matters contained herein prior to filing this Motion.

This Motion is based on the Motion, the attached memorandum of points and authorities, the declaration of Plaintiffs' counsel Richard D. McCune, the declaration of Plaintiffs' database expert, Arthur Olsen, the declaration of Christopher Leung on behalf of Simpluris, the Claims Administrator, all exhibits thereto, all matters of which this Court may take judicial notice, all pleadings in this matter, and all such evidence and argument as may be presented at the hearing.

Dated: May 21, 2024

By: _/s/ Mark C. Tanenbaum_

Mark C. Tanenbaum
mark@tanenbaumlaw.com
**MARK C. TANEBAUM, P.A.**
Palmetto Village Office Park
1017 Chuck Dawley Blvd., Suite 101
Mt. Pleasant, SC 29464
Telephone: (843) 577-5100

Richard A. Harpootlian
rah@harpootlianlaw.com
**RICHARD A. HARPOOTLIAN, P.A.**
P.O. Box 1090
Columbia, SC 29202
Telephone: (803) 252-4848

Richard D. McCune (_Pro Hac Vice_)
rdm@mccunewright.com
**McCUNE LAW GROUP, APC**
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250

Emily J. Kirk (_Pro Hac Vice_)
ejk@mccunewright.com
**McCUNE LAW GROUP, APC**
231 N. Main Street, Suite 20
Edwardsville, IL 62025
Telephone: (618) 307-6116

Attorneys for WANDA SUE BUTCHER
and LATOYA LASHAY FLUDD,
individually, and on behalf of all others
similarly situated.